

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **DRAKE E. EDWARDS,** | : | |
| **Plaintiff,** | : | **Case No. 3:07-cv-455** |
| -vs- | : | **District Judge Walter H. Rice**<br>**Chief Magistrate Judge Michael R. Merz** |
| | : | |
| **DAYTON VETERANS MEDICAL CENTER, et al.,** | : | |
| **Defendant.** | : | |

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 19, 2007, hereby ADOPTS said Report and Recommendations.

Accordingly, the Complaint herein is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief can be granted. The Clerk shall enter judgment accordingly.

December 20, 2007.

                                                            Walter H. Rice
                                                      United States District Judge

Case: 3:07-cv-00455-WHR-MRM Doc #: 4 Filed: 12/21/07 Page: 3 of 3  PAGEID #: 20

